**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESLEY BARBER, an individual; JACQUELYN HOLTON BARBER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PJH BRANDS, a Nevada Corporation, 1ST AYD CHEMICAL CORPORATION a/k/a FIRST AID CORPORATION, an Illinois Corporation; 3M COMPANY, a Delaware Corporation; ASHLAND LLC, a Kentucky Corporation; GENUINE PARTS COMPANY, a Georgia Corporation; LUCAS OIL PRODUCTS, INC., a California Corporation; SAFETY-KLEEN SYSTEMS, INC., a Wisconsin Corporation; SHELL OIL COMPANY, a Texas Corporation; SUNOCO, LLC (R&M) f/k/a Sunoco, Inc. (R&M) f/k/a Sun Company, Inc. and Sun Oil Company, Inc., a Pennsylvania Corporation; VP RACING FUELS, INC., a Delaware Corporation.<br><br>Defendants. | CASE NO.: 2:22-CV-01304-CDS-VCF<br><br>**JOINT STIPULATION AND ORDER TO WITHDRAW NOTICE OF REMOVAL AND MOTION TO REMAND AND TO REMAND ACTION TO STATE COURT**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Defendant Safety-Kleen Systems, Inc. ("Safety-Kleen"), appearing solely for the purpose of this Stipulation and Order and for no other purpose, and Plaintiffs Wesley Barber and Jacquelyn Holton Barber ("Plaintiffs"), that Safety-Kleen's Notice of Removal dated August 12, 2022 is hereby withdrawn without fees or costs, and that this matter is remanded to the District Court of Clark County, Nevada.

**IT IS FURTHER STIPULATED AND AGREED,** that Plaintiffs' Motion to Remand dated August 16, 2022 is hereby withdrawn without fees or costs.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of the United States District Court for the District of Nevada shall mail a copy of this Stipulation and Order to the

1  Clerk of the District Court of Clark County, Nevada, and that said state court shall thereafter
2  proceed with this case.

3  Dated: August 26, 2022.                          Dated:  August 26, 2022.
4

5  LEWIS BRISBOIS BISGAARD                          CLIFF W. MARCEK, P.C.
   & SMITH LLP
6
   By: /s/ Steven B. Abbott_____                   By: /s/_Cliff W. Marcek_____
7
   STEVEN B. ABBOTT, ESQ.                           CLIFF W. MARCEK, ESQ.
8  STEVEN L. FOREMASTER, ESQ.                       Nevada Bar No. 5061
   Nevada Bar No. 10303                             411 E. Bonneville Ave., Suite 390
9  6385 S. Rainbow Boulevard, Suite 600             Las Vegas, Nevada 89101
   Las Vegas, Nevada 89118                          Tel. 702.366.7076
10 Tel. 702.893.3383                                *Attorneys for Plaintiffs,*
   *Attorneys for Defendant,*                       *Wesley Barber and Jacquelyn Holton*
11 *Safety-Kleen Systems, Inc.*                     *Barber*

12
13 ….
14 ….
15 ….
16 ….
17 ….
18 ….
19 ….
20 ….
21 ….
22 ….
23 ….
24 ….
25 ….
26 ….
27 ….
28

**ORDER**

IT IS SO ORDERED, based on the foregoing stipulation:

1. Safety-Kleen's Petition for Removal is withdrawn without fees or costs;

2. Plaintiff's Motion to Remand (ECF No. 4) is DENIED as moot, and withdrawn without fees or costs;

3. This matter is remanded back to the Eighth Judicial District Court, Department 29, A-22-856677-C; and

4. The Clerk of the United States District Court for the District of Nevada shall mail a copy of this Stipulation and Order (ECF No. 6) to the Clerk of Court, Eighth Judicial District Court, Clark County, Nevada, and that said state court shall thereafter proceed with this case, then close this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 30, 2022

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD
& SMITH LLP

By: /s/ Steven B. Abbott

STEVEN B. ABBOTT, ESQ.
STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant,*
*Safety-Kleen Systems, Inc.*

CLIFF W. MARCEK, P.C.

By: /s/ Cliff W. Marcek

CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
411 E. Bonneville Ave., Suite 390
Las Vegas, Nevada 89101
Tel. 702.366.7076
*Attorneys for Plaintiffs,*
*Wesley Barber and Jacquelyn Holton Barber*